### 3905. SOUTHERN RAILWAY CO. v. LANG.

</div>

POTTLE, J. 1. The petition as amended was not subject to the demurrer.
2. There was some evidence from which the jury could find that the servants of the defendant in charge of its engine could have seen the plaintiff's cow in time to have stopped the train before striking the animal; and there was no abuse of discretion in overruling the certiorari.

<div style="text-align:right">

*Judgment affirmed.*

</div>

<div style="text-align:center">

DECIDED APRIL 2, 1912.

</div>

Certiorari; from Wayne superior court—Judge Conyers. November 9, 1911.

*Bennet, Twitty & Reese, Littlefield & Poppell,* for plaintiff in error.

*James R. Thomas,* contra.